IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OSCAR REINALDO GALAN HUEZO, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:24-CV-132-RP |
| DJR, INC. *d/b/a Encore Mechanical*, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this day, the Court adopted the report and recommendation from the United States Magistrate Judge and granted Plaintiff Oscar Reinaldo Galan Huezo's ("Plaintiff") motion for default judgment, (Dkt. 24), as to Defendant DJR, Inc. d/b/a/ Encore Mechanical ("Defendant"). Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff. Plaintiff shall recover $14,356 in unpaid overtime compensation, $14,356 in liquidated damages, $3,460 in attorneys' fees, and $405 in costs.

All other relief requested is **DENIED**. This case is now **CLOSED.**

**SIGNED** on June 3, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE